IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Otrembiak Sr, Edward S
Werner, Nancy L
Printed: 8/12/08

Case Number: 08 B 18707
Judge: Goldgar, A. Benjamin
Filed: 7/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Transferred: August 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Auto Financing | Secured | 18,087.00 | 0.00 |
| 2. | Nuvell Credit Company LLC | Secured | 6,636.27 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 18,000.00 | 0.00 |
| 4. | GMAC Auto Financing | Unsecured | 3,541.32 | 0.00 |
| 5. | Oak Trust Credit Union | Secured | | No Claim Filed |
| 6. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 7. | Internal Revenue Service | Priority | | No Claim Filed |
| 8. | HSBC | Unsecured | | No Claim Filed |
| 9. | HSBC | Unsecured | | No Claim Filed |
| 10. | Home Depot | Unsecured | | No Claim Filed |
| 11. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 12. | HSBC | Unsecured | | No Claim Filed |
| 13. | Marvin Zonis & Assoc | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 46,264.59 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Otrembiak Sr, Edward S
        Werner, Nancy L
        Printed:  8/12/08

Case Number:  08 B 18707
Judge:  Goldgar, A. Benjamin
Filed:  7/21/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

